```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHAWN K. DEMPSKY,<br><br>           Plaintiff,<br><br>     v.<br><br>R. WALKER, et al.,<br><br>           Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil Action<br>No. 05-4483 (JBS)<br><br>**ORDER** |

This matter came before the Court upon motion for summary judgment filed on behalf of the State defendants, by Susan M. Scott, Deputy Attorney General, appearing; and

The Court having considered the brief and affidavits filed in support of the motion as well as the opposition of Mr. Dempsky submitted thereto; and

The Court finding, for reasons stated in the Memorandum Opinion of today's date, that defendant's motion should be granted;

IT IS, this __**21st**__ day of March, 2006, hereby

ORDERED that Defendant's motion for summary judgment shall be, and it hereby is, **GRANTED** and the Complaint herein is **DISMISSED**.

                                   **s/ Jerome B. Simandle**
                                   JEROME B. SIMANDLE
                                   U.S. District Judge